UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV15-05630 JAK (Ex) | Date | October 20, 2015 |
| Title | Hakem Rbsr Waheed v. Margaret M. Morrow | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE   JS-6

Plaintiff filed a Request to Proceed In Forma Pauperis ("IFP") on July 24, 2015. Dkt. 2. The IFP was denied and Plaintiff was provided 21 days to pay the filing fee associated with the filing of the Complaint. Dkt. 1, 5, 6. Because Plaintiff was not served with the August 10, 2015 Order setting the deadline of August 31, 2015 for Plaintiff to pay the filing fee, the Court extended the date by which Plaintiff was to have paid the filing fee to September 18, 2015. Dkt. 7.

Plaintiff has failed to pay the filing fee. Accordingly, the Court orders the action dismissed.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |